# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **MATTHEW HUGHES, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| **v.** } | **Case No.: 7:09-CV-2335-RDP** |
| } | |
| **GREENETRACK, INC., et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER OF DISMISSAL

This case is before the court on Plaintiffs' Notice of Dismissal (Doc. #28), filed April 26, 2010. Pursuant to Plaintiff's Notice and Federal Rule of Civil Procedure 41(a)(1)(A), the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid.

Furthermore, the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** (1) Defendant Greenetrack, Inc.'s Motion to Dismiss (Doc. #5); (2) Defendant Greenetrack, Inc.'s Motion to Stay or Abstain (Doc. #7); and (3) Defendant Bally Gaming, Inc.'s Motion to Dismiss (Doc. #21).

**DONE** and **ORDERED** this ___26th___ day of April, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE